IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02258-AP

RAMONA L. SOLLERS,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
Phone:  719-543-8636
Facsimile: 719-543-8403
Email:  seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
Email:  J.B.Garcia@usdoj.gov

Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:    August 22, 2013**

    **B.    Date Complaint Was Served on U.S. Attorney's Office:  October 11, 2013**

    **C.    Date Answer and Administrative Record Were Filed:  November 26, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.    Plaintiff's Opening Brief Due:          January 27, 2014**

    **B.    Defendant's Response Brief Due:       February 26, 2014**

    **C.    Plaintiff's Reply Brief (If Any) Due:    March 13, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiff's Statement:**    Plaintiff does not request oral argument.

    **B.    Defendant's Statement:**   Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

  A.   (   )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  B.   ( X )   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 16th day of December, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | JOHN F. WALSH<br>UNITED STATES ATTORNEY |
| s/ Michael Seckar<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Phone:  719-473-1515<br>Facsimile:  719-543-8403<br>Email:  seckarlaw@mindspring.com | J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>*s/ Christina J. Valerio*<br>Christina J. Valerio<br>Assistant Regional Counsel<br>Social Security Administration<br>Office of General Counsel, Region VIII<br>1961 Stout, Suite 4169<br>Denver, CO 80294<br>Telephone: (303) 844-7348<br>Facsimile: (303) 844-0770<br>Christina.valerio@ssa.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |