IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-2258-WJM

RAMONA L. SOLLERS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALTER OR AMEND EAJA ORDER PURSUANT TO FED.R.CIV.P. 59(e)

This matter comes before the Court on Defendant's Unopposed Motion to Alter or Amend EAJA Order Pursuant to Fed. R. Civ. P. 59(e), filed April 16, 2015. (ECF No. 26). The Court having reviewed the Motion and the record hereby ORDERS as follows:

The Defendant's Unopposed Motion is GRANTED for good cause shown. Plaintiff is awarded attorney fees in the amount of $5,773.76 under the Equal Access to Justice Act (EAJA). The Court's Order dated March 24, 2015 (ECF No. 25), is hereby AMENDED to state that Defendant shall pay Plaintiff EAJA fees in the ordinary course of business after the award has become final.

Dated this 20th day of April, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge